UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-12937 |
| | § | |
| JOANNE T. COPES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $13,530.00 | Assets Exempt: | $7,600.00 |
| Total Distributions to Claimants: | $2,265.50 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $836.50 | | |

3) Total gross receipts of $3,102.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,102.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $836.50 | $836.50 | $836.50 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $32,746.00 | $33,565.36 | $33,565.36 | $2,265.50 |
| **Total Disbursements** | $32,746.00 | $34,401.86 | $34,401.86 | $3,102.00 |

4). This case was originally filed under chapter 7 on 03/29/2013. The case was pending for 24 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/02/2015          By:   /s/ David P. Leibowitz
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Automobile - 2008 Toyota Prius - paid in full - 73k in miles - Car Appraised thru CarMax | 1129-000 | $3,102.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,102.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $775.50 | $775.50 | $775.50 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $4.00 | $4.00 | $4.00 |
| Green Bank | 2600-000 | NA | $57.00 | $57.00 | $57.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $836.50 | $836.50 | $836.50 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nordstrom fsb | 7100-900 | $8,142.00 | $8,170.73 | $8,170.73 | $551.48 |
| 2 | American InfoSource LP as agent for | 7100-900 | $894.00 | $894.58 | $894.58 | $60.38 |
| 3 | GE Capital Retail Bank | 7100-900 | $4,732.00 | $4,810.50 | $4,810.50 | $324.69 |
| 4 | eCAST Settlement | 7100-900 | $14,621.00 | $15,121.60 | $15,121.60 | $1,020.64 |

**UST Form 101-7-TDR (10/1/2010)**

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | Corporation, assignee |   |   |   |   |   |
| 5 | eCAST Settlement Corporation, assignee | 7100-900 | $4,221.00 | $4,567.95 | $4,567.95 | $308.31 |
|   | Chase | 7100-000 | $136.00 | $0.00 | $0.00 | $0.00 |
|   | Meyer & Njus | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $32,746.00 | $33,565.36 | $33,565.36 | $2,265.50 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-12937-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | COPES, JOANNE T. | Date Filed (f) or Converted (c): | 03/29/2013 (f) |
| For the Period Ending: | 3/2/2015 | §341(a) Meeting Date: | 05/30/2013 |
| | | Claims Bar Date: | 09/04/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Cash on Hand | $5.00 | $5.00 | | $0.00 | FA |
| 2  Checking account with Chase Bank | $50.00 | $50.00 | | $0.00 | FA |
| 3  Savings account with Chase Bank | $25.00 | $25.00 | | $0.00 | FA |
| 4  Miscellaneous used household goods and furnishings | $250.00 | $250.00 | | $0.00 | FA |
| 5  Books, Pictures, and CD's | $200.00 | $0.00 | | $0.00 | FA |
| 6  Wearing Apparel | $1,000.00 | $0.00 | | $0.00 | FA |
| 7  Miscellaneous Costume Jewelry | $200.00 | $200.00 | | $0.00 | FA |
| 8  Term Life Insurance policy through employer - (No cash surrender value) | $0.00 | $0.00 | | $0.00 | FA |
| 9  401(k) / Retirement plan through employer - 100% exempt. | $13,000.00 | $13,000.00 | | $0.00 | FA |
| 10  Estimated 2012 tax refund of $2180.00 has been received before filing and spent on ordinary and necessary living expenses. | $0.00 | $0.00 | | $0.00 | FA |
| 11  Automobile - 2008 Toyota Prius - paid in full - 73k in miles - Car Appraised thru CarMax | $9,500.00 | $3,100.00 | | $3,102.00 | FA |

**TOTALS (Excluding unknown value)**                                                                         **Gross Value of Remaining Assets**

$24,230.00          $16,630.00                                $3,102.00              $0.00

**Major Activities affecting case closing:**

| 10/21/2014 | Prepared TFR for Trustee's review |
| 10/21/2014 | TFR prepared for Trustee's review |
| 06/03/2013 | Sent email to DA to turnover vehicle or arrange for pick up |
| 06/03/2013 | Motion to sell prepared - awaiting atty review |
| 06/03/2013 | $3100.00 over 6 months |

| **Initial Projected Date Of Final Report (TFR):** | 09/30/2014 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 12/15/2014 | DAVID LEIBOWITZ |

FORM 2

Page No: 1

Case 13-12937  Doc 26  Filed 04/02/15  Entered 04/02/15 10:53:18  Desc Main
Document  Page 6 of 8

CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 13-12937-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | COPES, JOANNE T. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6560 | | Checking Acct #: | ******3701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/29/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/2/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/15/2013 | (11) | JOANNE COPES | Payment for non-exempt equity in vehicle | 1129-000 | $520.00 | | $520.00 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.40 | $519.60 |
| 08/09/2013 | (11) | JOANNE COPES | Payment for non-exempt equity in vehicle | 1129-000 | $520.00 | | $1,039.60 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.48 | $1,038.12 |
| 09/18/2013 | (11) | JOANNE COPES | Payment for non-exempt equity in vehicle | 1129-000 | $520.00 | | $1,558.12 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.51 | $1,556.61 |
| 10/15/2013 | (11) | JOANNE COPES | Payment for non-exempt equity in vehicle | 1129-000 | $520.00 | | $2,076.61 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.07 | $2,074.54 |
| 11/20/2013 | (11) | Joanne Copes | Payment for non-exempt equity in vehicle | 1129-000 | $520.00 | | $2,594.54 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.51 | $2,591.03 |
| 12/13/2013 | (11) | Joanne Copes | Payment for non-exempt equity in vehicle | 1129-000 | $502.00 | | $3,093.03 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.46 | $3,088.57 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.30 | $3,083.27 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.49 | $3,078.78 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.64 | $3,074.14 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.80 | $3,069.34 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.11 | $3,064.23 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.62 | $3,059.61 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.93 | $3,054.68 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.08 | $3,049.60 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.60 | $3,045.00 |
| 01/09/2015 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $775.50 | $2,269.50 |
| 01/09/2015 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $4.00 | $2,265.50 |
| 01/09/2015 | 3003 | Nordstrom fsb | Claim #: 1; Amount Claimed: 8,170.73; Amount Allowed: 8,170.73; Distribution Dividend: 6.75; | 7100-900 | | $551.48 | $1,714.02 |
| 01/09/2015 | 3004 | American InfoSource LP as agent for | Claim #: 2; Amount Claimed: 894.58; Amount Allowed: 894.58; Distribution Dividend: 6.75; | 7100-900 | | $60.38 | $1,653.64 |
| 01/09/2015 | 3005 | GE Capital Retail Bank | Claim #: 3; Amount Claimed: 4,810.50; Amount Allowed: 4,810.50; Distribution Dividend: 6.75; | 7100-900 | | $324.69 | $1,328.95 |
| 01/09/2015 | 3006 | eCAST Settlement Corporation, assignee | Claim #: 4; Amount Claimed: 15,121.60; Amount Allowed: 15,121.60; Distribution Dividend: 6.75; | 7100-900 | | $1,020.64 | $308.31 |
| 01/09/2015 | 3007 | eCAST Settlement Corporation, assignee | Claim #: 5; Amount Claimed: 4,567.95; Amount Allowed: 4,567.95; Distribution Dividend: 6.75; | 7100-900 | | $308.31 | $0.00 |
| | | | | **SUBTOTALS** | $3,102.00 | $3,102.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

Exhibit 9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case No.** | | 13-12937-CAD | | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | | COPES, JOANNE T. | | | **Bank Name:** | | Green Bank |
| **Primary Taxpayer ID #:** | | **-***6560 | | | **Checking Acct #:** | | ******3701 |
| **Co-Debtor Taxpayer ID #:** | | | | | **Account Title:** | | |
| **For Period Beginning:** | | 3/29/2013 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | | 3/2/2015 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $3,102.00 | $3,102.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,102.00 | $3,102.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,102.00 | $3,102.00 | |

**For the period of 3/29/2013 to 3/2/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,102.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,102.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,102.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,102.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/15/2013 to 3/2/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3,102.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,102.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,102.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,102.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3

Case 13-12937   Doc 26   Filed 04/02/15   Entered 04/02/15 10:53:18   Desc Main
Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document   Page 8 of 8

| **Case No.** | 13-12937-CAD | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | COPES, JOANNE T. | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***6560 | | **Checking Acct #:** | ******3701 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 3/29/2013 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/2/2015 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $3,102.00 | $3,102.00 | $0.00 |

| **For the period of 3/29/2013 to 3/2/2015** | | **For the entire history of the case between 03/29/2013 to 3/2/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $3,102.00 | Total Compensable Receipts: | $3,102.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,102.00 | Total Comp/Non Comp Receipts: | $3,102.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,102.00 | Total Compensable Disbursements: | $3,102.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,102.00 | Total Comp/Non Comp Disbursements: | $3,102.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |